UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BEDFORD SIGNALS CORPORATION,

    Plaintiff,                                Case No. 3:24-cv-223

vs.

RESONANT SCIENCES LLC,             District Judge Michael J. Newman

    Defendant.

---

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS
WITHOUT PREJUDICE (Doc. No. 16)**

---

Recognizing Defendant originally filed its motion to dismiss (Doc. No. 16) in Arizona before Defendant's motion to change venue to Ohio (Doc. No. 15) was granted (Doc. No. 27), therefore, the Court **DENIES WITHOUT PREJUDICE** Defendant's motion to dismiss. Doc. No. 16.

**IT IS SO ORDERED.**

October 15, 2024                                       s/*Michael J. Newman*
                                                                    Hon. Michael J. Newman
                                                                    United States District Judge